| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Davison, Paul E. | 2. Court or Organization<br><br>US District Court, SDNY | 3. Date of Report<br><br>4/20/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>300 Quarropas Street<br>White Plains, New York 10601 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▬▬▬▬▬▬▬ - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | �ના | Tuition and Fees | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   JP Morgan Chase Bank Account | | None | J | T | | | | | |
| 2.   Citibank Bank Accounts | | None | J | T | | | | | |
| 3.   Aberdeen Asia Pac Income (FAX) | B | Int./Div. | K | T | Buy (add'l) | 08/18/14 | K | | |
| 4. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 5.   Allergan Inc (AGN) | A | Dividend | K | T | | | | | |
| 6.   Black Rock A Intl Index (MDIIX) | A | Int./Div. | L | T | | | | | |
| 7.   Columbia A Small Cap Index (NMSAX) | C | Int./Div. | L | T | | | | | |
| 8.   Consolidated Edison (ED) | A | Dividend | K | T | | | | | |
| 9.   DFA Emerging Markets Core Equity (DFCEX) | A | Int./Div. | K | T | | | | | |
| 10.   DFA Global Real Estate Sec (DFGEX) | A | Int./Div. | K | T | | | | | |
| 11.   Disney (DIS) | A | Dividend | L | T | | | | | |
| 12.   DoubleLine I Total Return Bond (DBLTX) | C | Int./Div. | K | T | Buy (add'l) | 01/08/14 | K | | |
| 13. | | | | | Buy (add'l) | 04/24/14 | K | | |
| 14. | | | | | Sold (part) | 10/16/14 | K | | |
| 15.   Dreyfus S&P 500 Index (PEOPX) | D | Int./Div. | M | T | Buy | 02/27/14 | K | | |
| 16. | | | | | Buy (add'l) | 04/02/14 | K | | |
| 17. | | | | | Buy (add'l) | 05/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/30/14 | K | | |
| 19. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 20. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 21. | | | | | Buy (add'l) | 12/26/14 | K | | |
| 22. Fidelity Adv A Freedom Income (FAFAX) | C | Int./Div. | | | Sold (part) | 04/02/14 | K | | |
| 23. | | | | | Sold (part) | 05/21/14 | J | | |
| 24. | | | | | Sold (part) | 06/30/14 | K | | |
| 25. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 26. | | | | | Sold | 11/25/14 | L | | |
| 27. Fidelity Cash Reserve (Qual) (FDRXX) | A | Int./Div. | K | T | | | | | |
| 28. Fidelity Equity Income (FEQIX) | A | Int./Div. | J | T | Sold (part) | 12/02/14 | J | | |
| 29. Fidelity New York Municipal Money Market (FNYXX) | A | Int./Div. | J | T | | | | | |
| 30. Fidelity Retirement Money Market (FRTXX) | A | Int./Div. | L | T | | | | | |
| 31. Fidelity Spartan Emerging Markets Index Advantage (FPMAX) | A | Int./Div. | K | T | Buy | 02/27/14 | J | | |
| 32. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 33. | | | | | Buy (add'l) | 10/16/14 | K | | |
| 34. Franklin High Income A (FHAIX) | A | Int./Div. | K | T | Sold (part) | 01/08/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 36. Glaxosmithkline PLC ADR (GSK) | A | Dividend | J | T | | | | | |
| 37. iShares Barclays 7-10 Yr Treasury Bond (IEF) | A | Int./Div. | | | Sold | 05/21/14 | K | | |
| 38. iShares Core MSCI Emerging Markets (IEMG) | A | Int./Div. | K | T | Buy (add'l) | 01/08/14 | J | | |
| 39. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 40. | | | | | Sold (part) | 10/16/14 | J | | |
| 41. iShares iBoxx High Yield Corp Bd (HYG) | A | Int./Div. | | | Sold | 04/24/14 | J | | |
| 42. iShares MSCI EAFE Index (EFA) | A | Int./Div. | | | Sold | 12/12/14 | J | | |
| 43. iShares MSCI EAFE Small Cap Index (SCZ) | A | Int./Div. | J | T | Buy (add'l) | 01/08/14 | J | | |
| 44. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 45. | | | | | Sold (part) | 12/02/14 | J | | |
| 46. iShares MSCI Emerging Markets Index (EEM) | A | Int./Div. | | | Sold | 10/16/14 | J | | |
| 47. iShares S&P 500 Index (IVV) | A | Int./Div. | | | Buy | 04/02/14 | J | | |
| 48. | | | | | Sold | 10/16/14 | J | | |
| 49. iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | K | T | | | | | |
| 50. Johnson & Johnson (JNJ) | C | Int./Div. | M | T | | | | | |
| 51. Nuveen Build Amer Bd Fd (NBB) | B | Int./Div. | L | T | Buy | 01/08/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/26/14 | K | | |
| 53. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 54. Nuveen Build America (NBD) | C | Int./Div. | L | T | Buy (add'l) | 05/21/14 | K | | |
| 55. | | | | | Buy (add'l) | 11/19/14 | K | | |
| 56. PIMCO Build America Bond Strategy (BABZ) | A | Int./Div. | | | Buy | 02/27/14 | K | | |
| 57. | | | | | Sold | 08/20/14 | L | | |
| 58. PIMCO Total Return Instl (PTTRX) | A | Int./Div. | | | Sold | 05/21/14 | K | | |
| 59. Powershares Build America Bond (BAB) | C | Int./Div. | L | T | Buy (add'l) | 04/02/14 | J | | |
| 60. | | | | | Sold (part) | 10/16/14 | J | | |
| 61. SPDR Barclays Capital Short Term High Yield Bond (SJNK) | A | Int./Div. | | | Sold | 04/02/14 | J | | |
| 62. SPDR Barclays Municipal (TFI) | B | Int./Div. | K | T | | | | | |
| 63. SPDR Blackstone GSO Sr Loan (SRLN) | A | Int./Div. | | | Buy | 01/08/14 | K | | |
| 64. | | | | | Sold | 04/24/14 | K | | |
| 65. SPDR S&P Emerging Markets Small Cap (EWX) | A | Int./Div. | J | T | | | | | |
| 66. SPDR Series Trust (BABS) | A | Int./Div. | K | T | | | | | |
| 67. T Rowe Price Income R (RRTIX) | A | Int./Div. | J | T | Buy | 12/26/14 | J | | |
| 68. TCW I Total Return Bond (TGLMX) | B | Int./Div. | L | T | Buy (add'l) | 06/30/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. TCW N Total Return Bond (TGMNX) | | None | | | Sold | 01/08/14 | J | | |
| 70. Vanguard High Yield Corporate- Admiral (VWEAX) | C | Int./Div. | | | Sold (part) | 02/27/14 | L | | |
| 71. | | | | | Sold (part) | 08/18/14 | K | | |
| 72. | | | | | Sold | 11/25/14 | K | | |
| 73. WisdomTree Dreyfus New Zealand Dollar (AUNZ) | A | Int./Div. | | | Sold | 06/30/14 | K | | |
| 74. Zimmer Holdings Inc (ZMH) | A | Dividend | L | T | | | | | |
| 75. New York 529 Inflation Protected Securities Portfolio | | None | K | T | Sold (part) | 06/14/14 | J | | |
| 76. | | | | | Sold (part) | 07/14/14 | J | | |
| 77. | | | | | Buy | 11/14/14 | J | | |
| 78. | | | | | Sold (part) | 12/14/14 | J | | |
| 79. TRUST #1 | | | | | | | | | |
| 80. -Aberdeen Asia Pac Income (FAX) | C | Int./Div. | K | T | Buy (add'l) | 10/16/14 | K | | |
| 81. | | | | | Sold (part) | 12/31/14 | K | | |
| 82. -DoubleLine I Total Return Bond (DBLTX) | B | Int./Div. | L | T | | | | | |
| 83. -Fidelity New York Municipal Income (FTFMX) | B | Int./Div. | L | T | | | | | |
| 84. -Fidelity New York Municipal Money Market (FNYXX) | A | Int./Div. | L | T | | | | | |
| 85. -Fidelity Spartan 500 Index Advantage (FUSVX) | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity Spartan Extended Market Index Adv (FSEVX) | A | Int./Div. | K | T | | | | | |
| 87. -Fidelity Spartan Tax-Free Bond (FTABX) | B | Int./Div. | K | T | | | | | |
| 88. -Fidelity Spartan Total Market Index - Adv (FSTVX) | C | Int./Div. | M | T | | | | | |
| 89. -iShares MSCI EAFE Index (EFA) | D | Int./Div. | M | T | | | | | |
| 90. -iShares MSCI Emerging Markets Index (EEM) | C | Int./Div. | M | T | | | | | |
| 91. -iShares Russell 1000 Index (IWB) | A | Int./Div. | K | T | | | | | |
| 92. -iShares S&P 500 Index (IVV) | A | Int./Div. | L | T | Buy (add'l) | 10/16/14 | K | | |
| 93. -iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | L | T | | | | | |
| 94. -JP Morgan Tax Aware Real Return - Instl (TXRIX) | B | Int./Div. | L | T | | | | | |
| 95. -Nuveen Energy MLP Total Return (JMF) | C | Int./Div. | L | T | | | | | |
| 96. -Nuveen NY Municipal Dividend Advantage (NAN) | D | Int./Div. | M | T | | | | | |
| 97. -Payden High Income (PYHRX) | B | Int./Div. | K | T | | | | | |
| 98. -PIMCO 7-15 Year US Treasury Index (TENZ) | A | Int./Div. | | | Buy | 04/22/14 | K | | |
| 99. | | | | | Sold | 10/16/14 | K | | |
| 100. -Plum Creek Timber Co (PCL) | A | Dividend | J | T | | | | | |
| 101. -Potlatch Corp (PCH) | A | Dividend | K | T | | | | | |
| 102. -Puerto Rico Comwlth Pub Impt-Ser A 5.25% 7/1/2024 (7451455A6) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Puerto Rico Pub Bldgs AuthSer P 6.25% 7/1/2026 (745235L58) | A | Interest | J | T | | | | | |
| 104. -S&P Dep Receipts (SPY) | A | Int./Div. | K | T | | | | | |
| 105. -SPDR Barclays Municipal (TFI) | B | Int./Div. | L | T | | | | | |
| 106. -SPDR Dow Jones Industrial Average (DIA) | A | Int./Div. | K | T | | | | | |
| 107. -TCW Total Return Bond I (TGLMX) | B | Int./Div. | L | T | Buy | 01/08/14 | L | | |
| 108. -US Treasury Nts 1.625% 8/15/2022 (912828TJ9) | A | Interest | | | Sold | 08/08/14 | J | | |
| 109. -Vanguard FTSE (VSS) | A | Int./Div. | K | T | | | | | |
| 110. -Vanguard Short Term Corp Bond (VCSH) | B | Int./Div. | L | T | | | | | |
| 111. -WisdomTree Emerging Mkts Small Cap Div (DGS) | B | Int./Div. | K | T | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 4/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul E. Davison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544